FILED
March 19, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D23

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Donnette Lynn DeSantis | **Case No :** | 09-45311 - B - 7 |
| | | **Date :** | 3/16/10 |
| | | **Time :** | 09:31 |

**Matter :**      [13] – Motion/Application for Relief from Stay [PPR–1] Filed by Creditor U.S. Bank, N.A. (Fee Paid $150) (lars)

**Judge :**      Thomas Holman
**Courtroom Deputy :**      Sheryl Arnold
**Reporter :**      Diamond Reporters
**Department :**      B

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**
     Debtor – Donnette Lynn DeSantis

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion is dismissed in part and granted in part. As to the debtor, the motion is dismissed as moot. The debtor received a discharge on March 3, 2010, and the automatic stay as to the debtor ended on that date. 11 U.S.C. § 362(c)(2)(C). As to the estate, the automatic stay is modified pursuant to 11 U.S.C. § 362 (d)(1) and (d)(2) in order to permit the movant to foreclose on the real property located at 11762 Battenburg Way, Rancho Cordova, CA 95742 (APN 087-0550-056-0000) ("Property") and to obtain possession of the Property following the sale, all in accordance with applicable non–bankruptcy law. The 10–day period specified in Fed. R. Bankr. P. 4001(a)(3) is not waived. Except as so ordered, the motion is denied.

Dated: March 19, 2010

Thomas C. Holman
United States Bankruptcy Judge